**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBIE JO WOODS,<br><br>Plaintiff,<br><br>vs.<br><br>Commissioner Of Social Security Administration,<br><br>Defendant. | Case No  2:18-cv-00154-RFB-VCF<br><br>FIRST STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTION TO REPORT & RECOMMENDATION |

Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a TWENTY (20) calendar day extension of time, to file the **OBJECTION TO REPORT & RECOMMENDATION,** up to and including December 11, 2018.

Plaintiff's current deadline to file the **OBJECTION TO REPORT & RECOMMENDATION** is November 21, 2018.

The Appellate Attorney Writer had multiple briefs due this week, it is a 3 day work week and the Attorney Writer was ill with debilitating migraines over the past weekend.

Via email on November 19, 2018 at 10:09 am, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a TWENTY (20) calendar day extension of time to file the **OBJECTION TO REPORT & RECOMMENDATION** up to and including December 11, 2018.

DATED this 19th day of November, 2018.   DATED this 19th day of November, 2018.

/s/ *Joshua R. Harris*   /s/ *Ellinor r. Coder*
**JOSHUA HARRIS, ESQ.**   **ELLINOR R. CODER**
Nevada State Bar No. 9580   Special Assistant United States Attorney
Richard Harris Law Firm   Social Security Administration
801 S Fourth St.   160 Spear St., Suite 800
Las Vegas NV 89101   San Francisco, CA 94105
Ph: (702) 444-4392   Telephone: (415) 977-8955
Fax: (702) 444-4455   Facsimile: (415) 744-0134
Email: josh@richardharrislaw.com   Email: Ellinor.Coder@ssa.gov
Attorney for Plaintiff   Attorneys for Defendant

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of November, 2018.